### 14807. FUSS *v.* THE STATE.

BLOODWORTH, J. This case is controlled by the ruling in *McNeely* v. *State,* 25 *Ga. App.* 328 (1) (103 S. E. 189). In the brief of counsel for plaintiff in error it is urged that the foregoing decision "should be reconsidered and overruled," but we are content to let it stand.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1923.

Indictment for voluntary manslaughter; from Bibb superior court—Judge Mathews. June 12, 1923.

Application for certiorari was denied by the Supreme Court.

The indictment was returned on May 4, after the same grand jury had on May 1 made a return of "no bill" in the same case. A motion to quash and a special plea in abatement were made by the defendant on the ground that the same grand jury, after making a return of "no bill," had no right to reconsider it and take further action in the case. It was contended that only a subsequent grand jury could take such further action. The court overruled the motion and the plea, and the defendant excepted.

*Collins & Collins, Clyde R. King,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---